# Status

D'Wayne Carpenter
Reg. No. # 05823-016
FMC Devens Unit JB
P.O. Box 879
Ayer, MA. 01432

RE: Title 28 U.S.C. 2241

04-40043 WGY

Dear Clerk:

I am writing in concern of the petition that I sent to your office dated March 29, 2004 along with cover letter asking that it be filed. According to the return receipt it was received on March 30, 2004. Would you please let me know the status of my petition. Also the filing fee should have been received by now.

I am thanking you in advance for your cooperation given and await your reply.

Sincerely,
D'Wayne Carpenter

April 21, 2004