UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| D'WAYNE CARPENTER, | ) | |
| PETITIONER, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-CV-40043(WGY) |
| | ) | |
| DAVID L. WINN, ET AL | ) | |
| RESPONDENT. | ) | |
| | ) | |

## DECLARATION OF ANDREA KING-WESSELS

I, Andrea King-Wessels, hereby make the following declaration:

1.     I am employed by the United States Department of Justice, Federal Bureau of Prisons, at the Mid-Atlantic Regional Office in Baltimore, Maryland, as the Regional Community Corrections Administrator.  I have been employed with the Bureau of Prisons since June 16 of 1978.  I have been in my current position since January of 2003.  Prior to my current position I've held Associate Warden, Management and Specialty Training Center Director, Deputy Assistant Director of Industries and Education as well as various other positions.

2.     As the  Regional Community Corrections Administrator for the Mid-Atlantic Region, I supervise the Raleigh, Nashville and Baltimore Community Corrections Management Offices. This includes management and administration of pre-release programs within the Bureau of prisons, to include Community Correction Centers.  The supervision and management of pre-release placements to the District of Columbia and surrounding areas are within my jurisdiction.

3.     In this position I supervise the Community Corrections Managers within these offices.  Their responsibilities as CCM include overseeing the processing of recommendations from Federal prisons for placement of inmates in Community Corrections Centers ("CCCs") in their respective areas.  A CCM Office conducts an independent review all of the information relevant to the CCC placement decision for each inmate, selects an appropriate target placement date in accordance with BOP policy, and forwards the placement request to the appropriate CCC for approval and acceptance of the inmate.



GOVERNMENT
EXHIBIT
3

4.   I am aware of the habeas corpus petition pending before this Court under the above docket number. I have been involved in and am fully aware of the efforts to place Inmate Dwayne Carpenter, Reg. No. 05823-016, in some form of pre-release placement, to specifically include home confinement or a community corrections center.

5.   The office from which a pre-release placement for the District of Columbia area would be approved and supervised by is the Baltimore Community Corrections Management (CCM) Office. That office supervises the Districts of Maryland, Delaware, West Virginia, and the District of Columbia.

6.   An initial Institutional Referral for CCC Placement was submitted by FMC Devens staff to the Baltimore CCM Office on or about November 20, 2003. That referral recommended Mr. Carpenter for a CCC placement on or after April 16, 2004. Subsequent to the review of this referral, a tentative placement date of April 16, 2004 was approved by the Baltimore CCM office for this inmate to the Hope Village Community Correction Center in Washington, D.C. And on December 2, 2003, the Administrative Director for Hope Village approved that referral and indicated a tentative placement acceptance date of April 20, 2004.

7.   Subsequently, the Baltimore CCM Office, upon it's placement preparation, discovered that Mr. Carpenter's medical condition had changed from the initial review and tentative approval. Specifically, he was placed on a program of dialysis treatment three times a week, in conjunction with his other medical conditions. As a result of discovering this information, the Baltimore CCM Office notified the Unit Team Staff at FMC Devens, of a change in Mr. Carpenter's tentative placement date from April 16th to June 16th, 2004. This change was done via e-mail notification on March 17, 2004. That change to June 16th was done by the Bureau of Prisons CCM Office, prior to consultation with the particular CCC contract facility, Hope Village.

8.   Following new medical concerns with regard to Mr. Carpenter, his CCC placement was rescinded based upon the revocation of medical clearance by FMC Devens because further medical issues needed to be addressed.

9.   On or about July 12, 2004, the Baltimore CCM Office, once again received an Institutional Referral for CCC Placement from FMC Devens. This referral recommended placement to home confinement on or after July 26, 2004. This new referral also updated the CCM Office on the progression of Mr. Carpenter's medical issues and provided that he was now medically cleared for re-consideration to a pre-release placement.

10.  Upon receipt of the referral, the Baltimore CCM Office, with full knowledge of the pending habeas corpus petition, made every effort to locate a pre-release placement for Mr. Carpenter. Although the recommendation included a home confinement request, any inmate considered for home confinement throughout the District of Columbia, must initially be placed at a CCC

for purposes of orientation and needs assessment. Therefore, to my knowledge, no inmate has gone directly from a BOP institution to home confinement in Washington, D.C. The procedure utilized requires a placement to a CCC first.

11. There are six CCC's available throughout the Washington, D.C. area, one of which is for females only. BOP staff contacted each and every one of these contract facilities in an effort to get approval for a placement, however short, for Mr. Carpenter. However, each one completed the appropriate form indicating that they are unable to accept this inmate due either to his current medical condition and/or due to the lack of available bed space within their facility. See Attached BOP Community Corrections Referral for CCC Placement forms, **Documents A through E.**

12. Because of the inability to place Mr. Carpenter in a CCC within the District of Columbia, the Bureau of Prisons is unable to accommodate any pre-release placement for him in this area. Based upon the efforts made in this case, I can attest that we have exhausted every avenue for such a placement.


I declare the foregoing is true and correct to the best of my knowledge and belief, and given under penalty of perjury pursuant to 28 U.S.C. § 1746.

Executed this 6th day of August, 2004

Andrea King-Wessels
Regional Community Corrections Administrator
Mid-Atlantic Regional Office

**Page 3 of 3**

Exhibit 3
Attachment A

JUL-16-2004  02:32   TRANSITIONAL SERVICES MXR                    P.01/01

# BOP COMMUNITY CORRECTIONS REFERRAL FOR CCC PLACEMENT

| FROM: | Federal Bureau of Prisons<br>Linda Moore, Community Corrections Manager<br>10010 Junction Drive, Suite 100-N<br>Annapolis Junction, MD 20701<br>(301) 317-3280 | ☐ Bannum  3VF   ☐ Montg Co Pre-Rel  2AF   ☐ Plumber  3GE<br>☐ Mini  3VZ    ☐ Bannum  3QH               ☐ Sussex  3UT<br>☐ VOA  3GI    Hope Village  2FJ ☐         ☒ Shaw 2  3LV<br>☒ EFEC  2FX                    ☐ 3AA ☐    ☐ Comm Care  3CX<br>☐ Bannum  2FF                  ☐ 2EE ☐    ☐ Fairview  1AQ |
|---|---|---|

| Attn. CBR Staff member: | Sylvia B. Hall | Date Sent to CCC: 07 13 04 |
|---|---|---|

The following individual is being referred to your facility for participation in your community corrections program. Please review the enclosed materials and respond with your acceptance or denial (with reason) within five (5) working days of receipt of this packet. This form has been modified so you can simply complete the information at the bottom of this page and fax it back indicating your decision. Please call if additional information is required.

| A. Inmate  Carpenter, Dwayne | B. Reg. No. 05823-016 |
|---|---|

| C. Requested Placement Date  07, 27, 04 | D. "Projected" Release Date - Method  10 16 04 - Parole |
|---|---|

| E. Type of Referral<br>☒ Institution Transfer from:  FMC Devans<br>☐ Direct Court Commitment<br>☐ USPO / CSOSA - Supervision Case<br>☐ Public Law - U.S. Parole Commission | F. Program Placement<br>☐ Comm. Corr. Component (most restrictive)<br>☒ Pre-Release Component |
|---|---|

| G. Drug Treatment Requirements<br>☐ DAP Graduate - § 3621E case (TRANS SRV REQUIRED)<br>☐ DAP Graduate - (TRANS SRV REQUIRED)<br>☐ ICC Drug Case - (TRANS SRV REQUIRED)<br>☒ Drug aftercare  (Minimum of 30 minutes drug counseling weekly)<br>☐ Alcohol Aftercare (provide treatment as needed)<br>☐ Mental Health Aftercare (refer to mental health provider)<br>☐ Drug Test (CCM Ordered ( 30 minutes drug counseling  weekly)<br>☐ Alcohol Test (CCM Ordered) (provide treatment as needed) | H. Urine testing Requirements<br>☒ 4 urines per month<br>☐ Random testing per SOW |
|---|---|

| I. Eligible for Home Confinement on or after<br> / / | J. For ICC cases only<br>CCC:  From    / /<br>          To     / /<br>Home Confinement    / / |
|---|---|

K. "Special Instructions/information" for contractor

Note Medical - Possible Home Confinement when eligible -

Distr. CCC (Original), CCM (copy), TSM (copy)

I have reviewed this resident's case and: ☐ Agree to accept this case on (date):
☒ Reject this case because (based on published rejection criteria): Due to bed space

Name M. Michelle Blue  Title: Charge of Quarters  Date: 07/16/04
For Ken Setter

✔ **FAX THIS FORM BACK TO THE CCM OFFICE AS YOUR REPLY TO THE REFERRAL**

G:\GROUPS\COMMCORR\bwreferral.frm

Exhibit 3
Attachment B

JUL-15-2004  09:25    TRANSITIONAL SERVICES MGR    P.01/01

# BOP COMMUNITY CORRECTIONS REFERRAL FOR CCC PLACEMENT

| FROM: | Federal Bureau of Prisons<br>Linda Moore, Community Corrections Manager<br>10010 Junction Drive, Suite 100-N<br>Annapolis Junction, MD 20701<br>(301) 317-3280 | ☐ Bannum  3VP<br>☐ Mint 3VZ<br>☐ VOA  3GS<br>☒ EFEC  2EH<br>☐ Bannum  2FF | ☐ Montg Co Pre-Rel  2AH<br>☐ Bannum  3UH<br>Hope Village  ?FH<br> | ☐ Plummer  3CE<br>☐ Sussex  3UT<br>☐ Show 2  3CV<br>Comm Corr  3CX<br>Fairview  2AG |
|---|---|---|---|---|

| Attn. CBR Staff member: | Sylvia B. Hall | Date Sent to CCC 07 15 04 |
|---|---|---|

The following individual is being referred to your facility for participation in your community corrections program. Please review the enclosed material and respond with your acceptance or denial (with reason) within five (5) working days of receipt of this packet. This form has been modified so you can simply complete the information at the bottom of this page and fax it back indicating your decision. Please call if additional information is required.

| A. | Inmate Carpenter, Dwayne | B. | Reg. No. 05825-016 |
|---|---|---|---|

| C. | Requested Placement Date<br>07,27,04 | D. | "Projected" Release Date - Method<br>10 16 04 . Parole |
|---|---|---|---|

**E.    Type of Referral**

☒ Institution Transfer from: FMC Devens
☐ Direct Court Commitment
☐ USPO / CSOSA - Supervision Case
☐ Public Law - U.S. Parole Commission

**F.    Program Placement**

☐ Comm. Corr. Component (least restrictive)

☒ Pre-Release Component

**G.    Drug Treatment Requirements**

☐ DAP Graduate - § 3621E case (TRANS SRV REQUIRED)
☐ DAP Graduate - (TRANS SRV REQUIRED)
☐ ICC Drug Case - (TRANS SRV REQUIRED)
☒ Drug aftercare  (Minimum of 30 minutes drug counseling  weekly)
☐ Alcohol Aftercare (provide treatment as needed)
☐ Mental Health Aftercare (refer to mental health provider)
☐ Drug Test (CCM Ordered ( 30 minutes drug counseling  weekly)
☐ Alcohol Test (CCM Ordered) (provide treatment as needed)

**H.    Urine testing Requirements**

☒ 4 urines per month

☐ Random testing per SOW

| I. | Eligible for Home Confinement on or after<br>____/____/____ | J. | For ICC cases only<br>CCC:   From  ____/____/____<br>          To  ____/____/____<br>Home Confinement  ____/____/____ |
|---|---|---|---|

**K.    "Special instructions/information" for contractor**

1. Note Medical - Possible Home Confinement
2. When eligible =

Dist: CCC (Original), CCM (copy), TSM (copy)

I have reviewed this resident's case and:  ☐ Agree to accept this case un [illegible] not available and Facility not
☒ Reject this case because (based on published rejection criteria):

Name: [signature]  Title: Program Director  Date: 07-15-04

✔  **FAX THIS FORM BACK TO THE CCM OFFICE AS YOUR REPLY TO THE REFERRAL**

C:\GROUPS\COMMCORR\ccr referral.frm  equipped to meet medical needs. [illegible]

TOTAL P.01

Exhibit 3
Attachment C

JUL-15-2004 18:54  FROM:COMMUNITY CARE CENTER 5083425051    TO:DENISE CARTER    P.1/3

| FROM: | Federal Bureau of Prisons |
|---|---|
| | Linda Moore, Community Corrections Manager |
| | 10010 Junction Drive, Suite 100-N |
| | Annapolis Junction, MD 20701 |
| | (301) 317-3200 |

Attn: CSR Staff member: **Sylvia B. Hall**    Date Sent to CCC: **07 / 15 / 04**

The following individual is being referred to your facility for participation in your community corrections program. Please review the enclosed materials and respond with your acceptance or denial (with reasons) within five (5) working days of receipt of this packet.

A. Inmate: **Carpenter, Dwayne**    B. Reg. No. **05823-016**

C. Requested Placement Date: **07.27.04**    D. "Projected" Release Date - Method: **10 16 04 Parole**

E. Type of Referral:
- [X] Institution Transfer from **FMC Devens**
- [ ] Direct Court Commitment
- [ ] USPO / CSOSA - Supervision Case
- [ ] Public Law - U.S. Parole Commission

F. Program Placement:
- [ ] Comm. Corr. Component (most restrictive)
- [X] Pre-Release Component

G. Drug Treatment Requirements:
- [ ] DAP Graduate - § 3621E case (TRANS SRV REQUIRED)
- [ ] DAP Graduate - (TRANS SRV REQUIRED)
- [ ] ICC Drug Case (TRANS SRV REQUIRED)
- [X] Drug Aftercare (Minimum of 30 minutes drug counseling weekly)
- [ ] Alcohol Aftercare (provide treatment as needed)
- [ ] Mental Health Aftercare (refer to mental health provider)
- [ ] Drug Test (CCM Ordered) (30 minutes drug counseling weekly)
- [ ] Alcohol Test (CCM Ordered) (provide treatment as needed)

H. Urine testing Requirements:
- [X] 8 times per month
- [ ] Random testing per SOW

I. Eligible for Home Confinement on or after: ___/___/___

J. For ICC cases only:
CCC: From ___/___/___
To
Home Confinement ___/___/___

K. "Special instructions/information" for contractor: **Note Medical - Possible Home Confinement when eligible -**

Dist: CLC (Original), CCM (copy), TSM (copy)

I have reviewed this resident's case and: [ ] Agree to accept this case on (date): _____
[X] Reject this case because (based on published rejection criteria): **No bed space**

Name: **Brenda C. Thompson**    Title: **Caseworker**    Date: **7-15-04**

✔ **FAX THIS FORM BACK TO THE CCM OFFICE AS YOUR REPLY TO THE REFERRAL**

Exhibit 3
Attachment D

07/14/2004  10:08  0093692194          BARNUM PLACE OF DC                    PAGE  02/02
JUL-14-2004  02:15      TRANSITIONAL SERVICES MGR                            P.01/01

# BOP COMMUNITY CORRECTIONS REFERRAL FOR CCC PLACEMENT

| FROM: | Federal Bureau of Prisons | | |
|---|---|---|---|
| | **EXPEDITE** Community Corrections Manager | ☐ Bannum 3VP | ☐ Mont'g Co Pre-Rel 1AF | ☐ Plummer 3GE |
| | Suite 100-N | ☐ Mint 3VZ | ☐ Bannum 3QH | ☐ Sussex 3UT |
| | Annapolis Junction, MD 20701 | ☐ VOA 3GS | Hope Village 1FJ | ☐ Shaw 2 3CV |
| | (301) 317-3280 | ☐ EFEC 2EH | RAA | ☐ Comm Care 3CX |
| | | ☒ Bannum 3FF | 1ES | ☐ Fairview 2AG |

| Area CBR Staff member: | Sylvia B. Hall | Date Sent to CCC: 01,14,04 |
|---|---|---|

The following individual is being referred to your facility for participation in your community corrections program. Please review the enclosed materials and respond with your acceptance or denial (with reason) within five (5) working days of receipt of this packet. This form has been modified so you can simply complete the information at the bottom of this page and fax it back indicating your decision. Please call if additional information is required.

A. Inmate **Carpenter, Dwayne**   B. Reg. No. **0588-016**

C. Requested Placement Date **07,27,04**   D. "Projected" Release Date - Method **10,16,04. Parole**

E. Type of Referral
☒ Institution Transfer (from: **FMC DEVANS**
☐ Direct Court Commitment
☐ USPO / CSOSA - Supervision Case
☐ Public Law - U.S. Parole Commission

F. Program Placement
☐ Comm. Corr. Component (most restrictive)
☒ Pre-Release Component

G. Drug Treatment Requirements
☐ DAP Graduate - § 3621E case (TRANS SRV REQUIRED)
☐ DAP Graduate - (TRANS SRV REQUIRED)
☐ ICC Drug Case - (TRANS SRV REQUIRED)
☒ Drug Aftercare (Minimum of 30 minutes drug counseling, weekly)
☐ Alcohol Aftercare (provide treatment as needed)
☐ Mental Health Aftercare (refer to mental health provider)
☐ Drug Test (CCM Ordered (30 minutes drug counseling, weekly)
☐ Alcohol Test (CCM Ordered) (provide treatment as needed)

H. Urine Testing Requirements
☒ 4 urines per month
☐ Random testing per SOW

I. Eligible for Home Confinement on or after ___/___/___

J. For ICC cases only
CCC: From ___
To ___
Home Confinement ___/___/___

K. "Special instruction/information" for contractor:
**Note Medical - Possible Home Confinement when eligible**

Dist: CCC (Original), CCM (copy), 1354 (copy)

I have reviewed this resident's case and  ☐ Agree to accept this case on (date): _____
Medical Disability facility cannot accommodate
☒ Reject this case because (based on published rejection criteria): _____
Name: Sharon Butler  Title: Director  Date: 7/14/04

✔ **FAX THIS FORM BACK TO THE CCM OFFICE AS YOUR REPLY TO THE REFERRAL**

O:\GROUP\CCCM\CCCMReferralForm.frm

TOTAL  P.01

Exhibit 3
Attachment E

JUL-14-2004  09:00        TRANSITIONAL SERVICES FOR                                    P.01/01

## BOP COMMUNITY CORRECTIONS REFERRAL FOR CCC PLACEMENT

| FROM: | Federal Bureau of Prisons<br>Linda Moore, Community Corrections Manager<br>10010 Junction Drive, Suite 100-N<br>Annapolis Junction, MD 20701<br>(301) 317-3189 | ☐ Bannum  3VP<br>☐ Mist  3VZ<br>☐ VOA  2GS<br>☐ EFEC  2WB<br>☐ Bannum  2FF | ☐ Mang Co Pre-Rel  2AF<br>☐ Bannum  3QB<br>Hope Village  2RJ ☒<br>2AA ☒<br>2GE ☒ | ☐ Plummer  3GE<br>☐ Sussex  3GT<br>☐ Shaw 2  3CV<br>☐ Comm Care  3CX<br>☐ Fairview  2AG |

| Attn: CSR Staff member: | Sylvia B. Hall | | Date Sent to CCC: 07-14-04 |

The following individual is being referred to your facility for participation in your community corrections program. Please review the enclosed materials and respond with your acceptance or denial (with reasons) within five (5) working days of receipt of this packet. This form has been modified so you can simply complete the information at the bottom of this page and fax it back indicating your decision. Please call if additional information is required.

| A. Inmate | Carpenter, Dwayne | B. Reg. No. | 05823-016 |

| C. Requested Placement Date | 07-27-04 | D. "Projected" Release Date + Method | 10-16-04.  Parole |

| E. Type of Referral | | F. Program Placement | |
|---|---|---|---|
| ☒ Institution Transfer from: FMC Devens | | ☐ Comm. Corr. Component (most restrictive) | |
| ☐ Direct Court Commitment | | ☒ Pre-Release Component | |
| ☐ USPO / CSOSA - Supervision Case | | | |
| ☐ Public Law - U.S. Parole Commission | | | |

| G. Drug Treatment Requirements | | H. Urine testing Requirements | |
|---|---|---|---|
| ☐ DAP Graduate - § 3621E case (TRANS SRV REQUIRED) | | ☒ 4 urines per month | |
| ☐ DAP Graduate - (TRANS SRV REQUIRED) | | | |
| ☐ ICC Drug Case - (TRANS SRV REQUIRED) | | ☐ Random testing per SBW | |
| ☒ Drug Aftercare (Minimum of 30 minutes drug counseling weekly) | | | |
| ☐ Alcohol Aftercare (provide treatment as needed) | | | |
| ☐ Mental Health Aftercare (refer to mental health provider) | | | |
| ☐ Drug Test (CCM Ordered (30 minutes drug counseling, weekly) | | | |
| ☐ Alcohol Test (CCM Ordered) (provide treatment as needed) | | | |

| I. Eligible for Home Confinement on or after: _____/_____/_____ | J. For ICC cases only<br>CCC: From _____/_____/_____<br>To<br>Home Confinement _____/_____/_____ |

| K. "Special Instructions/Information" (or contractor) |
|---|
| 1. Note Medical - Possible Home Confinement when eligible |
| 2. |

Dist: CCC (Original), CCM (copy), TSM (copy)

I have reviewed this resident's case and: ☐ agree to accept this case on (date):

☒ Reject this case because (based on published rejection criteria): unable to accept due to serious medical condition which we are not equipped to handle

Name: Joseph Wilson  Title: Asso. Director  Date: 7-14-04

✓  FAX THIS FORM BACK TO THE CCM OFFICE AS YOUR REPLY TO THE REFERRAL

                                                                          TOTAL P.01