# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Civil Action
No: <u>04-40043-WGY</u>

D'WAYNE CARPENTER
Plaintiff

v.

WINN
Defendant

<u>ORDER OF DISMISSAL</u>

<u>YOUNG,C.J.</u>

This Court Orders that the Petition for Writ of Habeas Corpus is Denied as Moot and the above entitled action be and hereby is Dismissed

Tony Anastas
Clerk

By: /s/ Elizabeth Smith
—————————————
Deputy Clerk

November 8, 2004

Notice mailed to counsel of record.